**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LINZHONG HUANG,

                        Petitioner,                        26 **CIVIL** 2975 (VSB)

        -against-                              **JUDGMENT**

KENNETH GENALO, Field Office Director of
New York Immigration and Customs Enforcement,
et al.,

                        Respondents.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 22, 2026, the Petition for a writ of habeas corpus is GRANTED. IT IS FURTHER ORDERED that Petitioner shall not be re-detained without notice and an opportunity to be heard at a pre-deprivation bond hearing before a neutral decisionmaker, where the government will have the burden of showing that his detention is authorized under 8 U.S.C. § 1226(a)." Hyppolite v. Noem, 808 F. Supp. 3d 474, 495 (E.D.N.Y. 2025). Cf. Rueda Torres, 2025 WL 3168759, at *6.IT IS FURTHER ORDERED that the Government is ENJOINED from denying bond to Petitioner in any subsequent proceeding on the basis that he must be detained pursuant to 8 U.S.C. § 1225(b) and from invoking in that proceeding the automatic stay provision at 8 C.F.R. § 1003.19(i)(2), Rueda Torres, 2025 WL 3168759, at *6, absent a change in controlling law.

**Dated:**  New York, New York

April 23, 2026

**TAMMI M. HELLWIG**

_____

**Clerk of Court**

**BY:**

_____

**Deputy Clerk**
